# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KIRSTEN M. NIELSEN, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:18-00655 (KBJ) |

## DEFENDANTS' MOTION TO DISMISS AND ALTERNATIVELY CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12 and 56, together with the Court's June 7, 2018 Minute Order, the United States Department of Homeland Security and Kirsten M. Nielsen, Secretary of the Department of Homeland Security (collectively, "Defendants") oppose the Plaintiffs motion for summary judgment. Defendants also move to dismiss the complaint and alternatively cross-move for summary judgment on the same grounds. Defendants are entitled to summary judgement on all counts in Plaintiffs' complaint for the reasons stated in Defendants' attached memorandum. Defendants have filed a proposed order with this opposition and cross-motion.

Dated: June 15, 2018					Respectfully submitted,

							CHAD READLER
							Acting Assistant Attorney General

							JESSIE K. LIU
							United States Attorney

							JOHN R. TYLER
							Assistant Director
							Civil Division, Federal Programs Branch

							*/s/ Rhett Martin*
							RHETT MARTIN (Bar # 999272)
							Trial Attorney
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Ave. NW, Room 6143
							Washington, D.C. 20530
							Tel: (202) 305-7538 / Fax: (202) 616-8460
							Rhett.martin@usdoj.gov

							*Counsel for Defendants*