## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KEVIN McALEENAN, *Acting Secretary of the Department of Homeland Security*, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 18-cv-655 (KBJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF No. 16) is **DENIED**. It is

**FURTHER ORDERED** that Defendants' Motion to Dismiss and Alternatively Cross-Motion for Summary Judgment (ECF No. 21) is **GRANTED**, insofar as Plaintiffs' claims are dismissed. It is

**FURTHER ORDERED** that Plaintiffs' Partial Motion for Summary Judgment Regarding Texas Waivers (ECF No. 30) is **DENIED**.

DATE: September 4, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge