# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 4, 2020

Clerk
United States District Court for the District of
Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC 20001

    Re: Center for Biological Diversity, et al.
        v. Chad Wolf, Acting Secretary of Homeland Security, et al.
        No. 19-975
        (Your No. 18-cv-0655-KBJ, 19-cv-2085-KBJ)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 31, 2020 and placed on the docket February 4, 2020 as No. 19-975.

Sincerely,

**Scott S. Harris**, Clerk

by *[signature]*

Clara Houghteling
Case Analyst

RECEIVED
Mail Room
FEB 10 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia